ALVAH ARMSTRONG, Appellant, *v.* HARRY J. TOWNER, as Ancillary Administrator of the Estate of ELIZABETH S. GERMAIN, Deceased, et al., Respondents.

Argued March 8, 1951; decided April 12, 1951.

*Wilbur F. Knapp* for appellant.
*Alton J. Wightman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.